# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CR-07-00024                                                                August 13, 2007
                                                                            1:00 p.m.

### UNITED STATES OF AMERICA -vs- SUN, WEI QIN

PRESENT:    HON. DAVID A. WISEMAN, DESIGNATED JUDGE PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE SHMULL, COURT REPORTER
            ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
            JOSEPH CAMACHO, COURT-APPOINTED ATTORNEY FOR DEFENDANT
            SUN, WEI QIN, DEFENDANT

PROCEEDINGS:   ARRAIGNMENT on Superceding Indictment

Defendant **SUN, WEI QIN** appeared with court-appointed counsel, Attorney Joseph Camacho. Government was represented by Eric O'Malley, AUSA. Also present was Melinda Brunson, U.S.. Probation Officer.

Aby Leung was present as interpreter/translator.

Attorney Camacho waived reading of the superseding indictment and waived the reading of his defendant's rights.

Defendant pled "Not Guilty" to all charges in the superseding indictment. Court accepted the plea.

Government and Defense counsel requested that the trial remain set for October 1, 2007 at 9:00 a.m. Court so ordered.

Government requested no bail.

Court set release conditions as follows:

1.  That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions and that she must report at any time as requested;

2.  The defendant must not leave the island of Saipan without written permission from the Court;

3.  That the defendant must not change her residence without first notifying the Court.

4. That the defendant shall not commit any offense in violation of federal, state or local law while on release in this case;

5. That the defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed;

6. That the defendant execute cash bail in the amount of $50,000;

7. That the defendant shall have a third-party custodian;

8. That the defendant shall surrender her passport and any other travel documents and not obtain any other travel documents or passport;

9. That the defendant shall submit names of three people who know her and provide contact telephone numbers;

10. Defendant shall stay away from all ports including airport and sea port and shall not board any boat of any size;

11. Shall avoid contact with any victims or witnesses involved in this case unless in the presence of her counsel in preparation for trial;

12. Defendant shall call in to Probation on Monday, Wednesday and Friday between the hours of 8:00 a.m. and 10:00 a.m. or as directed by the Pretrial Services Officer; and

13. Prior to release from custody, a Probation Officer will provide the U.S. Attorney with a photo of the defendant which shall be submitted with a memorandum advising all airline employees and immigration officers of the defendant's pretrial release status.

The defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

Adj. 1:10 p.m.

/s/K. Lynn Lemieux, Courtroom Deputy