FILED
Clerk
District Court

OCT 17 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Nos. 07-00009 |
| ) | 07-00024 |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER CLOSING FILE |
| ) | 07-00009 and DIRECTING THAT |
| SUN, Wei Qin, ) | ALL CURRENT AND FUTURE |
| ) | FILINGS BE PLACED IN |
| Defendant ) | FILE 07-00024 |

IT IS ORDERED that Criminal No. 07-00009 be and hereby is closed and that a copy of this order be placed in said file; and,

IT IS FURTHER ORDERED that all filings in Criminal No. 07-00009 be and hereby are transferred to Criminal No. 07-00024, which file was opened when the August 10, 2007, superseding indictment was returned against defendant. All future filings shall be filed in Criminal No. 07-00024.

DATED this 17th day of October, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)