# United States District Court

DISTRICT OF **the Northern Mariana Islands**

UNITED STATES OF AMERICA,

    Plaintiff,

V.

**SUN, WEI QIN,**

    Defendant.

## WARRANT FOR ARREST

CASE NUMBER: **CR 07 - 00009**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **SUN, WEI QIN**
                                                  Name

FILED
Clerk
District Court

MAY 15 2007

For The Northern Mariana Islands
By _____
(Deputy Clerk)

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

**Foreign Transportation for Prostitution (Count 1); and
Foreign Transportation of Persons in Execution of Fraud Scheme (Count 2).**

in violation of Title **18** United States Code, Section(s) **2421, 2**

and in violation of Title ____ United States Code, Section (s) _____

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Alex R. Munson* (Signature of Issuing officer) | 5-4-07   SAIPAN, CNMI |
| Bail fixed at $ **NO BAIL** | by **Alex R. Munson** *Alex R. Munson* |
| | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at *Phoenix*
*Kavalle - Saipan, MP*

| DATE RECEIVED 5/4/07 | NAME AND TITLE OF ARRESTING OFFICER *Dana M. McMahon, FBI - Saipan RA* | SIGNATURE OF ARRESTING OFFICER *Dana M. McMahon* |
|---|---|---|
| DATE OF ARREST 5/12/07 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _SUN WEI QIN_

ALIAS: _MARY_

LAST KNOWN RESIDENCE: _Chalan Kanoa_

LAST KNOWN EMPLOYMENT: _Phoenix Karaoke_

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____