F I L E D
Clerk
District Court

JUN - 4 2007

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

LOREN A. SUTTON
Law Office of Loren A. Sutton
Summer Holiday Hotel, Ste 7101
Garapan, Saipan
P.O. Box 5593 CHRB
Saipan MP 96950

Appointed Counsel for Defendant

IN THE UNITED STATES
DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. CASE NO. 07-00009 |
| Plaintiff, ) | |
| ) | STIPULATION RE |
| vs. ) | MOTION TO WITHDRAW |
| ) | REPRESENTATION |
| SUN, WEI QIN, ) | |
| Defendant ) | |

COMES NOW, Loren A. Sutton, Court appointed counsel for Defendant Sun, Wei Qin, and U.S. Attorney Eric O'Malley, counsel for the Plaintiff United States, and hereby stipulate that Loren A. Sutton may be relieved of further representation of the above named Defendant due to a conflict of interest as noted in the attached declaration.

Respectfully submitted on this 4th day of June, 2007.

_____          _____
Loren A. Sutton (F0179)            Eric O'Malley
Counsel for Defendant              Assistant U.S. Attorney and
                                   Counsel for Plaintiff

- 1 -