F I L E D
Clerk
District Court

JUN - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LOREN A. SUTTON
Law Office of Loren A. Sutton
Summer Holiday Hotel, Ste 7101
Garapan, Saipan
P.O. Box 5593 CHRB
Saipan MP 96950

Appointed Counsel for Defendant

IN THE UNITED STATES
DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) CRIM. CASE NO. 07-00009 |
|---|---|
| Plaintiff, | ) DECLARATION OF COUNSEL RE ) REQUEST TO WITHDRAW FROM COURT |
| vs. | ) APPOINTMENT |
| SUN, WEI QIN, | ) |
| Defendant | ) |

COMES NOW, Loren A. Sutton, Court appointed counsel for Defendant Sun, Wei Qin, and hereby declares the following in support of his request to withdraw from the Court's appointment.

Upon investigating the facts of this matter in order to develop a defense or defenses to the allegations in the Indictment Counsel discovered that a long time client of Counsel's is involved in the case. Upon making inquiry to F.B.I. Agent Dana McMahon as to the status of my client in the investigation I received no definite information understandably since the investigation is on-going. I was told by Agent

- 1

McMahon, however, that my client was known to them which gives me reason to believe that my client may be a "target." The same inquiries were made to U.S. Attorney Eric O'Malley who also was not able to give me any definite information but who did state that in cases of this kind the role of my client could well result in her being a "target" in this or other cases.

    Because of the obvious conflict that this situation presents, Counsel respectfully requests to be relieved of representation of this Defendant.

    Respectfully submitted on this 4th day of June, 2007.

*[signature]*
Loren A. Sutton (F0179)
Counsel for Defendant

- 2