# United States District Court

DISTRICT OF **the Northern Mariana Islands**

UNITED STATES OF AMERICA,

   Plaintiff,

  V.

**SUN, WEI QIN,**

   Defendant.

**WARRANT FOR ARREST**

FILED
Clerk
District Court

JUN 12 2007

The Northern Mariana Islands
By _____
(Deputy Clerk)

CASE NUMBER: CR 07 - 00009

**ORIGINAL**

To: The United States Marshal
 and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **SUN, WEI QIN**
                 Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

  **Foreign Transportation for Prostitution (Count 1); and**
  **Foreign Transportation of Persons in Execution of Fraud Scheme (Count 2).**

RECEIVED MAY 04 2007 US MARSHALS SERVICE-CNMI

in violation of Title **18** United States Code, Section(s) **2421, 2**

and in violation of Title ____ United States Code, Section (s) _____

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Alex R. Munson* (signature)   5-4-07 | SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ **NO BAIL**    by    **Alex R. Munson** *(signature)*
                 Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Chalan Kanoa Village, Saipan MP 96950

Pheonix Knickle

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04 MAY 07 | Calvert, W. M | CIDUSM |
| DATE OF ARREST | USMS CIDUSM D/NMI | #3056 |
| 11 MAY 07 | | |