FILED
Clerk
District Court

SEP 17 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1 | LEONARDO M. RAPADAS
United States Attorney
2 | ERIC S. O'MALLEY
Assistant United States Attorney
3 | DISTRICT OF THE NORTHERN
     MARIANA ISLANDS
4 | Horiguchi Building, Third Floor
P. O. Box 500377
5 | Saipan, MP  96950-0377
Telephone:   (670) 236-2952
6 | Fax:        (670) 236-2985

7 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00009 |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE JURY TRIAL UNTIL MONDAY, OCTOBER 15, 2007 AT 9:00 A.M.; ORDER |
| vs. | ) | |
| SUN, WEI QIN, | ) | |
| Defendant. | ) | |

## STIPULATION

The United States and the Defendant SUN, WEI QIN, through his counsel, Joseph N. Camacho, do hereby stipulate and request that the Jury Trial which is now scheduled for October 1, 2007 at 9:00 a.m., be continued until **October 15, 2007, at 9:00 a.m.**

//

//

1

1

2   The parties make this request for the reason that government counsel is off-island, September

3   26 - 30, 2007.

4

5   DATED: 9/14/07                              /s/ Joseph James N. Camacho
                                                JOSEPH N. CAMACHO
6                                               Counsel for Defendant

7

8
                                                LEONARDO M. RAPADAS
9                                               United States Attorney
                                                District of the Northern Mariana Islands
10

11
    DATED: 9/17/07              By:             /s/
12                                              ERIC S. O'MALLEY
                                                Assistant U.S. Attorney
13

14

15
                                        **ORDER**
16

17   IT IS SO ORDERED this 17TH day of September, 2007.
18

19                                              /s/
                                                HONORABLE ALEX R. MUNSON
20                                              Chief Judge, District Court of
                                                the Northern Mariana Islands
21

22

23

24

25

26   RECEIVED

27   SEP 14 2007

28                                              2
    Clerk
    District Court
    The Northern Mariana Islands