1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorneys
3  DISTRICT OF THE NORTHERN
       MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone:  (670) 236-2980
6  Fax:          (670) 236-2985

7  Attorneys for United States of America

8

                    UNITED STATES DISTRICT COURT
9                   NORTHERN MARIANA ISLANDS

10

   UNITED STATES OF AMERICA,        )   Criminal Case No. 07-00009
11                                   )
                   Plaintiff,        )
12                                   )
         v.                          )   GOVERNMENT'S INITIAL
13                                   )   WITNESS LIST
   SUN, WEI QIN,                     )
14                                   )
                   Defendant.        )
15                                   )
                                     )   Trial:  October 15, 2007
16                                   )   Time:  9:00 a.m.
                                     )   Judge: Hon. Alex R. Munson
17  _____ )

18
         The United States of America, by and through its undersigned attorneys, hereby submits the
19
   attached initial list of potential witnesses for voir dire purposes, as well as names of persons that may be
20
   mentioned during trial, reserving the right to amend or supplement this list as needed.
21

22                              LEONARDO M. RAPADAS
                                United States Attorney
23                              District of the Northern Mariana Islands

24
   DATED: 10/05/07        By:  _____/s/_____
25                              ERIC S. O'MALLEY
                                Assistant U.S. Attorney

1

2                      UNITED STATES v. SUN, WEI QIN

3                                WITNESSES

4

5   1.    James Ulloa, C.N.M.I. Department of Labor, Saipan, MP

6   2.    Dana McMahon, Federal Bureau of Investigations, Saipan, MP

7   3.    Jack Stokes, Transportation Safety Administration, Saipan, MP

8   4.    Lin Xiulan, Saipan, MP

9   5.    Sun Xiuli, Saipan, MP

10  6.    Zhong Jie, Phoenix Corporation, Saipan, MP

11  7.    Leung Min Hu, Saipan, MP

12  8.    Li Meijuan, Phoenix Corporation, Saipan, MP

13  9.    Lin, Jinping, Phoenix Corporation, Saipan, MP

14  10.   Wang, Hong, Phoenix Corporation, Saipan, MP

15  11.   Song, Guoping, Phoenix Corporation, Saipan, MP

16  12.   Daniel Martinez, C.N.M.I. Department of Corrections, Saipan, MP

17  13.   Katherine Chen, Linguist--Federal Bureau of Investigations, Washington, D.C.

18

19

20

21

22

23

24

25