1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorneys
3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone:  (670) 236-2980
6  Fax:        (670) 236-2985

7  Attorneys for United States of America

8
                    UNITED STATES DISTRICT COURT
9                     NORTHERN MARIANA ISLANDS

10
   UNITED STATES OF AMERICA,       )    Criminal Case No. 07-00009
11                                 )
                  Plaintiff,       )
12                                 )
         v.                        )    GOVERNMENT'S PROPOSED
13                                 )    QUESTIONS FOR VOIR DIRE
   SUN, WEI QIN,                   )
14                                 )
                  Defendant.       )
15                                 )
                                   )    Trial:  October 15, 2007
16                                 )    Time:   9:00 a.m.
                                   )    Judge:  Hon. Alex R. Munson
17 _____ )

18
         The United States of America, by and through its undersigned attorneys, hereby requests that the
19
   Court ask the attached questions during jury voir dire, in addition to those questions customarily asked
20
   by the Court.
21
                                        LEONARDO M. RAPADAS
22                                      United States Attorney
                                        District of the Northern Mariana Islands
23

24 DATED: 10/05/07          By:    _____/s/_____
                                        ERIC S. O'MALLEY
25                                      Assistant U.S. Attorney

# GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

<u>General</u>

1. Is there anything about the charges in this case that makes you unwilling or reluctant to serve as a juror?

2. Do you have any principles based on your religious or ethical teachings that would affect your ability to serve as a fair and impartial juror?

<u>Alien and Worker Exploitation Issues</u>

3. Do you disagree that the laws of this country should apply equally to everyone inside the United States, regardless of where they come from or their citizenship?

4. Do you believe that too much is made of labor abuses in the C.N.M.I., and that an alien who came from China should simply be happy that they are here and not make trouble?

5. Are you worried that the C.N.M.I.'s reputation is being harmed by the bad publicity about human trafficking on Saipan? If yes, would this possible harm or embarrassment to the C.N.M.I. make you think twice about returning a guilty verdict?

6. Do you believe that too much government money is spent trying to protect alien workers from crimes committed by other alien workers?

<u>Prostitution</u>

7. Do you believe that prostitution should be legal? If yes, would this belief make you think twice about returning a guilty verdict if someone is guilty of prostitution or promoting prostitution?