1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorneys
3  DISTRICT OF THE NORTHERN
       MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone:   (670) 236-2980
6  Fax:            (670) 236-2985

7  Attorneys for United States of America

8
                    UNITED STATES DISTRICT COURT
9                    NORTHERN MARIANA ISLANDS

10

11  UNITED STATES OF AMERICA,        )   Criminal Case No. 07-00009
                                     )
12                 Plaintiff,        )
                                     )
13         v.                        )   GOVERNMENT'S INITIAL
                                     )   EXHIBIT LIST
    SUN, WEI QIN,                    )
14                                   )
                   Defendant.        )   Trial:  October 15, 2007
15                                   )   Time:   9:00 a.m.
                                     )   Judge:  Hon. Alex R. Munson
16                                   )
                                     )
17  _____  )

18       The United States of America, by and through its undersigned attorneys, hereby submits the

19  attached initial list of exhibits that the government intends to introduce in its case-in-chief, while

20  reserving the right to amend or supplement this list as needed.

21
                              LEONARDO M. RAPADAS
22                            United States Attorney
                              District of the Northern Mariana Islands
23

24  DATED: 10/05/07        By:   _____/s/_____
                                 ERIC S. O'MALLEY
25                               Assistant U.S. Attorney

UNITED STATES v. SUN, WEI QIN

EXHIBITS

1. C.N.M.I. Authorization for Entry for Lin, Xiulan
2. Handling Fee Receipt dated 12/12/2006 (with translation)
3. Handling Fee Receipt dated 2/13/2007 (with translation)
3. Remittance Receipt for 20,000 RMB (with translation)
4. Certificate of criminal background check for Xiulan Lin (5 pgs., including notarial certificate and notarized translation)
5. Certificate of former employment for Xiulan Lin (3 pgs. including with notarial certificate and translation)
6. Certificate of birth for Xiulan Lin (5 pgs., including notarial certificate and notarized translation)
7. Declanation of Self Housing and Transportation (6 pgs., including notarial certificate and notarized translation)
8. C.N.M.I. Labor Control Form for Lin, Xiulan
9. C.N.M.I. Department of Labor application fees receipt for Lin, Xiulan
10. Nonresident Workers Affidavit for Lin, Xiulan (2 pgs.)
11. Employment Contract between Saite Development Corp. and Lin, Xiulan (3 pgs.)
12. 2006 Annual Corporate Report Saite Communication Development Corp.
13. 2006 Annual Corporate Report Phoenix Corp.
14. Phrase sheet with English and Chinese
15. Yellow Notebook (10 pgs.)
16. Translation of Yellow Notebook (10 pgs.)
17. Recording of conversation 3/23/07
18. Transcript of recording by LA Katherine Chen