1 LEONARDO M. RAPADAS
United States Attorney
2 ERIC S. O'MALLEY
Assistant United States Attorneys
3 DISTRICT OF THE NORTHERN
 MARIANA ISLANDS
4 Horiguchi Building, Third Floor
P.O. Box 500377
5 Saipan, MP 96950
Telephone: (670) 236-2980
6 Fax: (670) 236-2985

7 Attorneys for United States of America

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SUN, WEI QIN<br><br>　　　　　　　Defendant. | Case No.: 07-00009<br><br>GOVERNMENT'S PROPOSED<br>VERDICT FORM<br><br>Jury Trial:　October 15, 2007<br>Time:　　　9:00 a.m.<br>Judge:　　　Hon. Alex R. Munson |

　　　The government hereby submits the attached proposed verdict form in the above-captioned case, reserving the right to amend such form if necessary.

　　　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　　　　United States Attorney

DATED: 10/8/07　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　ERIC S. O'MALLEY
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

<u>UNITED STATES</u> v. <u>SUN, WEI QIN</u>

PROPOSED VERDICT FORM

We, the jury, render the following unanimous verdict as to Counts One, Two and Three of the Indictment:

**Count One: Conspiracy**

As to Count One, conspiracy in violation of Title 18, United States Code, Section 371, we the jury find the defendant, SUN, WEI QIN:

_____ GUILTY          _____ NOT GUILTY

**Count Two: Coercion and Enticement**

As to Count Two, persuading, inducing enticing or coercing, or attempting to persuade, induce, entice or coerce, a person to travel in foreign commerce for the purpose of prostitution, in violation of Title 18, United States Code, Sections 2422 and 2, we the jury find the defendant, SUN, WEI QIN:

_____ GUILTY          _____ NOT GUILTY

**Count Three: Foreign Transportation of a Person in Execution of a Scheme to Defraud**

As to Count Three, foreign transportation of a person in execution of a fraud scheme, in violation of Title 18, United States Code, Sections 2414 and 2, we the jury find the defendant, SUN, WEI QIN:.

_____  GUILTY          _____  NOT GUILTY

_____
Jury Foreperson

CERTIFICATION

I, as Foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this case.

_____
Jury Foreperson

Dated: _____
Saipan, CNMI

-3-