**JOSEPH JAMES NORITA CAMACHO**
**CAMACHO & ALEPUYO**
Attorneys-at-Law
2nd Floor, Lim's Bldg., Oleai
P.O. Box 5506 CHRB
Saipan, MP 96950
(670) 233-8535 / 8536 / 8537
(670) 233-8538 fax

Court-appointed Counsel for Sun, Wei Qin

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff,<br><br>vs.<br><br>**SUN, WEI QIN,**<br><br>  Defendant. | CRIMINAL CASE NO. <u>07-00009</u><br><br>**MOTION FOR COURT-APPOINTED INVESTIGATOR** |

NOW COMES, Defendant Sun, Wei Qin, by and through her court-appointed counsel Joseph James Norita Camacho to respectfully move and request from this Honorable Court for a court-appointed investigator to assist defendant and defendant's counsel in preparation for a Jury Trial schedule for October 15, 2007 at 9 a.m. before the Honorable Chief Judge Alex R. Munson

After repeated attempts, the Government and Defense have failed to reach a non-trial disposition of the above caption case. Without disclosing defendant's strategy for trial, a court-appointed investigator is necessary to assist Counsel in follow-up investigations and trial preparation.

1  The defendant makes this request in order to mount a complete and proper defense to the charge
2  leveled against the defendant.
3
4
5  Date: October 10, 2007                                    Respectfully submitted
6                                                           /s/ Joseph James Norita Camacho
7                                                           _____
8                                                           Joseph James Norita Camacho
                                                            Attorney for Sun, Wei Qin
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24