**JOSEPH JAMES NORITA CAMACHO**
**CAMACHO & ALEPUYO**
**Attorneys-at-Law**
**2nd Floor, Lim's Bldg., Oleai**
**P.O. Box 5506 CHRB**
**Saipan, MP 96950**
**(670) 233-8535 / 8536 / 8537**
**(670) 233-8538 fax**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. <u>07-00009</u> |
| Plaintiff, | DEFENDANT'S WITNESS LIST |
| vs. | |
| SUN, WEI QIN, | |
| Defendant. | |

Defendant Sun, Wei Qin submits her witness list that she anticipates calling at trial, reserving the right to supplement this as necessary and appropriate:

1. Zhong, Jie

2. Wang, Hong

3. Vicente Saures

4. Frank Kapileo

5. Defendant further incorporate the Government Witnesses including by not limited to the investigators involve in the above mention case. In addition, Defendant reserves the right to call rebuttal witnesses.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Respectfully submitted

/s/

Joseph James Norita Camacho
Attorney for Sun, Wei Qin