**JOSEPH JAMES NORITA CAMACHO**
**CAMACHO & ALEPUYO**
**Attorneys-at-Law**
**2nd Floor, Lim's Bldg., Oleai**
**P.O. Box 5506 CHRB**
**Saipan, MP 96950**
**(670) 233-8535 / 8536 / 8537**
**(670) 233-8538 fax**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**SUN, WEI QIN,**<br><br>　　　　Defendant. | CRIMINAL CASE NO. <u>07-00009</u><br><br>**DEFENDANT'S PROPOSED VERDICT FORM** |

　　　Defendant hereby submits the attach proposed verdict form. Defendant reserves the right to amend the verdict form when necessary and appropriate.

　　　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　Joseph James Norita Camacho
　　　　　　　　　　　　　　　　　Attorney for Sun, Wei Qin

**United States v. Sun, Wei Qin**

**Proposed Verdict Form**

We, the Jury, render the following unanimous verdict as to Count 1.

Conspiracy to Commit Foreign Transportation for Prostitution, and Foreign Transportation of a Person in Execution of a Fraud Scheme, in violation of Title 18, United States Code, Sections 2422 and 2, and Title 18, United States Code, Section 2314 and 2.

_____ Guilty                              _____ Not Guilty

We, the Jury, render the following unanimous verdict as to Count 2.

Foreign Transportation for Prostitution, Title 18, United States Code, Section 2422 and 2.

_____ Guilty                              _____ Not Guilty

We, the Jury, render the following unanimous verdict as to Count 3.

Foreign Transportation of Person in Execution of Fraud Scheme, Title 18, United States Code, Section 2314 and 2.

_____ Guilty                              _____ Not Guilty

I, as Foreperson, certify that the above decision represents the unanimous verdict of each and every juror for each and every count.

Date: _____            _____
                                                                    Jury Foreperson