Case 1:07-cr-00009   Document 26   Filed 10/11/2007   Page 1 of 2

1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorneys
3  DISTRICT OF THE NORTHERN
       MARIANA ISLANDS
   Horiguchi Building, Third Floor
4  P.O. Box 500377
   Saipan, MP 96950
5  Telephone:   (670) 236-2980
   Fax:         (670) 236-2985
6
   Attorneys for United States of America
7
8                     UNITED STATES DISTRICT COURT
                      NORTHERN MARIANA ISLANDS
9
10 UNITED STATES OF AMERICA,    )   Criminal Case No. 07-00009
                                )
                    Plaintiff,  )
11                              )
         v.                     )   **GOVERNMENT'S PROPOSED**
12                              )   **INTERPRETERS**
   SUN, WEI QIN,                )
13                              )   Trial: October 15, 2007
                    Defendant.  )   Time:  9:00 a.m.
14                              )   Judge: Hon. Alex R. Munson
                                )
15                              )
   _____)
16
17
        The United States of America, hereby submits its Proposed Interpreters for use at trial.
18
19                              LEONARDO M. RAPADAS
                                United States Attorney
                                District of the Northern Mariana Islands
20
21
22 DATED: _____    By:_____/s/_____
                                ERIC S. O'MALLEY
23                              Assistant U.S. Attorney
24
25

-2-

UNITED STATES v. SUN, WEI QIN

GOVERNMENT'S PROPOSED INTERPRETERS

1. Primary: Monique Kremer

2. Backup: Veronica Kwok