F I L E D
Clerk
District Court

OCT 1 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUN, WEI QIN, )<br>)<br>Defendant. )<br>)<br>_____ ) | Criminal Case No. 07-00009<br><br>STIPULATION OF FACTS<br><br>Trial: October 15, 2007<br>Time: 1:00 p.m.<br>Judge: Hon. Alex R. Munson |

The parties in the above-captioned case hereby stipulate to those facts attached hereto.

```
_____            LEONARDO M. RAPADAS
JOSEPH N. CAMACHO                    United States Attorney
Counsel for Defendant                District of the Northern Mariana Islands

                                     By: _____
                                     ERIC S. O'MALLEY
                                     Assistant U.S. Attorney

DATED: 10/15/07                      DATED: 10/15/07
```

<u>UNITED STATES</u> v. <u>SUN, WEI QIN</u>

<u>STIPULATIONS OF FACT</u>

**Sun, Wei Qin**

1. Defendant Sun, Wei Qin is a citizen of the People's Republic of China. She was born on September 3, 1965.

2. According to the C.N.M.I. Division of Immigration, defendant Sun, Wei Qin's record of entering and departing the C.N.M.I. during the period relevant to this trial is as follows:

   - Arrived Saipan October 2, 2004
   - Departed Saipan May 1, 2005
   - Arrived Saipan June 22, 2005
   - Departed Saipan October 10, 2006
   - Arrived Saipan October 31, 2006

**Saite Communication Development Corp.**

3. Saite Communication Development Corp. was incorporated in the C.N.M.I. on January 25, 2005.

4. At all times relevant to this trial, Saite Communication Development Corp. operated a computer room in Lower Base, on the island of Saipan.

5. According to C.N.M.I. Department of Commerce records, the owners, directors and corporate officers of Saite Communication Development Corp. are:

- Chen Wei Qi (president and 60% shareholder)
- Shun Wei Lun (vice-president and 40% shareholder)
- Leung Min Hu (secretary)

**Phoenix Corp.**

6. Phoenix Corp. was incorporated in the C.N.M.I. on December 15, 2005.

7. According to C.N.M.I. Department of Commerce records, the owners, directors and corporate officers of Phoenix Corp. are:

- Zhong Wei Tang (president and 40% shareholder)
- Sun, Chun Ying (vice-president and 30% shareholder)
- Zhong Jie (secretary and 30% shareholder)

8. At all times relevant to this trial, Phoenix Corp. operated as "Phoenix Night Club", a nightclub located in Chalan Kanoa, on the island of Saipan.