**JOSEPH JAMES NORITA CAMACHO**
**CAMACHO & ALEPUYO**
Attorneys-at-Law
2nd Floor, Lim's Bldg., Oleai
P.O. Box 5506 CHRB
Saipan, MP 96950
(670) 233-8535 / 8536 / 8537
(670) 233-8538 fax

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SUN, WEI QIN,<br><br>        Defendant. | CRIMINAL CASE NO. <u>07-00009</u><br><br>**DEFENDANT'S AMENDED WITNESS LIST** |

Defendant Sun, Wei Qin submits her witness list that she anticipates calling at trial, reserving the right to supplement this as necessary and appropriate:

1. Zhong, Jie

2. Wang, Hong

3. Vicente Saures

4. Frank Kapileo

5. Sophie Van Der Maas, Office of the Federal Osbudsman

6. Defendant further incorporate the Government Witnesses including by not limited to the investigators involve in the above mention case. In addition, Defendant reserves the right to call rebuttal witnesses.

1
2          Respectfully submitted
3
                    /s/
4
5          Joseph James Norita Camacho
           Attorney for Sun, Wei Qin
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24