**JOSEPH JAMES NORITA CAMACHO**
**CAMACHO & ALEPUYO**
**Attorneys-at-Law**
**2nd Floor, Lim's Bldg., Oleai**
**P.O. Box 5506 CHRB**
**Saipan, MP 96950**
**(670) 233-8535 / 8536 / 8537**
**(670) 233-8538 fax**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 07-00009 |
| Plaintiff, | DEFENDANT'S AMENDED EXHIBIT LIST |
| vs. | |
| SUN, WEI QIN, | |
| Defendant. | |

Defendant Sun, Wei Qin submits her exhibit list that she anticipates using at trial. Further, Defendant reserving the right to supplement this as necessary and appropriate: Items 1 and 2 were provided by the Government as part of Discovery.

1. CNMI Office of Attorney General, Division of Immigration - Employer Listing.

2. Report by FBI SA Dana McMahon and Sophie Van Der Maas of the Office of the Federal Ombudsman

3. A New Complete English-Chinese Dictionary, publish 1984, May Edition

4. The Advanced Learner's Dictionary of Current English with Chinese Translation, Oxford University Press, 1981 13th Edition

1. 5. Online Yahoo Dictionary

                          Respectfully submitted

                                  /s/

                          Joseph James Norita Camacho