# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-07-00024

October 18, 2007
9:15 a.m.

### UNITED STATES OF AMERICA -v- SUN, WEI QIN

PRESENT:   Hon. Alex R, Munson, Chief Judge
Abigail Robinson, Law Clerk
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Courtroom Deputy
Eric O'Malley, Assistant U. S. Attorney
Jared Fishman, U.S. Department of Justice
Joseph Camacho, Attorney for Defendant
Sun, Wei Qin, Defendant

PROCEEDINGS:   Jury Trial - Day Four

Government by Eric O'Malley, AUSA and Jared Fishman, Attorney, U.S. Dept. Of Justice. Attorney James Camacho was present on behalf and with defendant SUN, Wei Qin. Also present were interpreters Aby Leung and Monique Kremer. 12 jurors and 2 alternates were present.

Court excused Juror #6 ; Ms. Edith Fejeran, for good cause. Alternate #1: Henry Ayuyu became Juror #6.

Government continued with examination of witness Dana McMahon and the reading of the transcript (Ex. 19). Government offered Ex. 20, 21, 22, 23 and 24 into evidence; no objection, Court so ordered. Attorney Camacho conducted CX. RDX. Witness was excused.

Government rested their case at 10:20 a.m.

Jurors were excused for morning break at 10:20 a.m. and left the Courtroom.

Court recessed at 10:21 a.m. and reconvened at 10:43 a.m. outside the presence of the jury.

Defense moved for Judgment of Acquittal on all charges. Government argued. Court DENIED the motion regarding the Count I; Court DENIED the motion in regard to Count II; and DENIED the motion as to Count III.

Jurors were brought into the Courtroom at 10:50 a.m.

Defense rested their case.

Government, through Attorney Jared Fishman, began opening argument at 10:52 a.m. and concluded at 11:15 a.m. Defense began their closing argument at 11:16 a.m. and concluded at 11:35 a.m. Government, through AUSA Eric O'Malley, began closing argument at 11:35 a.m. and concluded at 11:45 p.m.

Jurors were excused for lunch at 11:45 a.m. and ordered to return at 1:30 p.m.

Outside the presence of the jury, Defense renewed the motion for Judgment of Acquittal. Court DENIED the motion.

Court recessed at 11:50 a.m. and reconvened at 1:40 p.m.

Court began reading jury instructions to the jurors at 1:40 p.m. and concluded at 2:05 p.m.

Alternate #2, Frankie Mafnas, was excused at 2:08 p.m.

Jurors were given the case, with all exhibits and a CD player, and were escorted to the jury deliberation room to begin.

Court recessed at 2:15 p.m.

Jurors were excused for the evening at 4:30 p.m. and ordered to return tomorrow at 9:00 a.m. to continue deliberation.

                                        Adjourned 4:30 p.m.

                                        /s/K. Lynn Lemieux,   Court Deputy