CR 07 - 00024

Bailiff   (9:50 am)   10/19/07

Player cannot read CD "Gov't Exhibit 18".

We would like to request for the Definition of "Xiao Jie". We would like the Chinese to English Definition Dictionary.

Received 10-19-07
9:55 am
(signature)

Jury Foreman
Roy Rechebei Juror #8
(signature)

FILED
Clerk
District Court

OCT 19 2007

For The Northern Mariana Islands
By_____
    (Deputy Clerk)