CR 07 - 00024

Can you give us short break

FILED
Clerk
District Court

OCT 19 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Received
10-19-07 2:45
GRM