15:40
10/19/07

Your honor,

We have reached a verdict.

Tony Rechebei
Foreperson

CR 07 - 00024

Received 3:45
10-19-06
A.K. Pepasson

F I L E D
Clerk
District Court

OCT 1 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)