# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-07-00024

October 19, 2007
9:00 a.m.

## UNITED STATES OF AMERICA -v- SUN, WEI QIN

PROCEEDINGS:   Jury Trial - Deliberations

Twelve jurors were present and began deliberations at 9:00 a.m.

At 9:55 a.m. jurors sent out a note and all parties were called to return to the Courtroom.

PRESENT:   Hon. Alex R, Munson, Chief Judge
Abigail Robinson, Law Clerk
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Courtroom Deputy
Eric O'Malley, Assistant U. S. Attorney
Jared Fishman, U.S. Department of Justice
Joseph Camacho, Attorney for Defendant
Sun, Wei Qin, Defendant

Court convened at 10:45 a.m. out of the presence of the jury. Court read the note to counsel and inquired as to how they wanted to proceed.

A decision was made, among counsel, to instruct them on the use of a laptop computer so that they may listen to Ex. 18.. Regarding the dictionary; it was decided that they would not receive the dictionary as requested.

Jurors were brought into the Courtroom at 11:05 a.m. and discussions were conducted regarding the definitions of the English to Chinese words.

Jurors were excused from the Courtroom at 11:10 a.m. and discussions were held regarding the request of sending in the Chinese to English Dictionary.

Eric Gregoire was sworn regarding keeping the computer disc in his safety, copying it to a tape that can be played on a recorder, and returning the disc to the Court in it's original condition.

Jurors were brought back into the Courtroom at 11:15 a.m. and the jurors were instructed by

the Court.

    Jurors were escorted back to the deliberation room at 11:20 a.m.

    Court recessed at 11:20 a.m.

    Jurors were escorted to lunch at 11:30 a.m. and they returned to continue deliberation at 12:55 p.m.

    At 3:45 p.m. Court received a note that the jury had reached a verdict. All parties were called to return to the Court.

    Court reconvened at 4:08 p.m. The jurors were brought into the Courtroom at 4:10 p.m.

    The Verdict was read and recorded as follows:

    In the United States District Court for the Northern Mariana Islands, in Criminal Case 07-00024, United States of America -v- Sun, Wei Qin, VERDICT: As to Count One: We, the Jury, render the following unanimous verdict as to Count One: Conspiracy to Commit Foreign Transportation for Prostitution, and Foreign Transportation of a Person in Execution of a Fraud Scheme, in violation of Title 18, United States Code, Sections 2422 and 2, Title 18, United States Code, Sections 2314 and 2, and Title 18, United States Code, Section 371. GUILTY. As to Count Two: We, the Jury, render the following unanimous verdict as to Count Two: Foreign Transportation for Prostitution, in violation of Title 18, United States Code, Sections 2422 and 2. GUILTY. As to Count Three: We, the jury, render the following unanimous verdict as to Count Three: Foreign Transportation of a Person in Execution of a Fraud Scheme, in violation of Title 18, United States Code, Sections 2314 and 2. GUILTY.

    The jurors were individually polled and the verdict was unanimous.

    Court thanked and excused the Jurors.

    The defendant was informed that she had been found guilty on all three counts and sentencing was set for Tuesday, February 5, 2008 at 9:00 a.m.

    Court remanded the defendant back into the custody of the U. S. Marshal until further order of the Court.

                                 Adjourned 4:20 p.m.


                                       /s/K. Lynn Lemieux,   Court Deputy