FILED
Clerk
District Court

OCT 19 2007

For The Northern Mariana Islands
By________________
(Deputy Clerk)

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Case No.: 07-00024 |
| *v.* | VERDICT FORM |
| SUN, WEI QIN Defendant. | Jury Trial: October 15, 2007<br>Time: 1:00 p.m.<br>Judge: Hon. Alex R. Munson |

UNITED STATES v. SUN, WEI QIN

VERDICT FORM

**Count One**

We, the Jury, render the following unanimous verdict as to Count One: Conspiracy to Commit Foreign Transportation for Prostitution, and Foreign Transportation of a Person in Execution of a Fraud Scheme, in violation of Title 18, United States Code, Sections 2422 and 2, Title 18, United States Code, Sections 2314 and 2, and Title 18, United States Code, Section 371.

✓ Guilty ______________ Not Guilty

**Count Two**

We, the Jury, render the following unanimous verdict as to Count Two: Foreign Transportation for Prostitution, in violation of Title 18, United States Code, Sections 2422 and 2.

 Guilty ______________ Not Guilty

**Count Three**

We, the Jury, render the following unanimous verdict as to Count Three: Foreign Transportation of a Person in Execution of a Fraud Scheme, in violation of Title 18, United States Code, Sections 2314 and 2.

✓ Guilty ______ Not Guilty

[signature]
Jury Foreperson

CERTIFICATION

I, as Foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this case.

[signature] Jury Foreperson

Dated: 10/19/07
Saipan, CNMI