F I L E D
Clerk
District Court

OCT 1 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. 07-00024 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING DATE |
| | ) | FOR SENTENCING |
| SUN, WEI QIN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

IT IS HEREBY ORDERED that the defendant be referred to the United States Probation Office for investigation and report. The presentence investigation report is due on Tuesday, January 2, 2008 and sentencing is scheduled for **Tuesday, February 5, 2008 commencing at the hour of nine o'clock a.m.**

DATED this 19TH day of October, 2007.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)