FILED
Clerk
District Court

DEC -4 2007

for The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUN, WEI QIN,<br><br>Defendant. | Criminal Action No. 07-00024<br><br><br>Order Continuing Sentencing |

Eric O'Malley
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Joseph JN Camacho
Attorney at Law
P.O. Box 5506
Saipan, MP 96950

The Sentencing for Sun, Wei Qin scheduled for Tuesday, February 5. 2008, is rescheduled to Friday, February 22, 2008, at 8:00 a.m.

IT IS SO ORDERED.

DATED this 4th day of December, 2007.

_____
Judge Alex R. Munson