Viola Alepuyo
Camacho & Alepuyo
Attorneys-at-Law
2nd Floor, Lim's Bldg., Oleai
P.O. Box 5506 CHRB
Saipan, MP 96950
(670) 233-8535 / 8536 / 8537
(670) 233-8538 fax

*Court-appointed Counsel for Sun, Wei Qin*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**SUN, WEI QIN,**<br><br>    Defendant. | CRIMINAL CASE NO. <u>07-0024-001</u><br><br>**STIPULATION TO EXTEND TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT** |

**COMES NOW** Sun, Wei Qin, Defendant, by and through her court-appointed counsel, Viola Alepuyo, and the United States, by and through counsel, Eric O'Malley, to respectfully request this honorable court to extend to February 1, 2008 the deadline to file objections, if any, to Defendant's presentence investigation report pursuant to Rule 32(f)(1)(A).

Respectfully submitted this 28th day of February, 2008.


   /s/ Viola Alepuyo                                             /s/ Eric O'Malley                
Viola Alepuyo                                                 Eric O'Malley
Camacho & Alepuyo                                         Assistant Unites States Attorney

Attorneys for Gregory T. Magofna               Attorney for the Government