F I L E D
Clerk
District Court

JAN 29 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Nos. 07-00024 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME TO |
| SUN, Wei Qin, | ) | FILE OBJECTIONS |
| | ) | |
| Defendant | ) | |

BASED UPON the stipulation of the parties,

IT IS ORDERED that defendant shall have until 3:30 p.m., Friday, February 1, 2008, to file objections, if any, to defendant's presentence investigation report.

DATED this 29th day of January, 2008.

*/s/ Alex R. Munson*
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)